■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEJOHN HOFFMAN, Appellant. [696 NYS2d 854] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 10, 1997 (*People v Hoffman,* 236 AD2d 487), affirming a judgment of the Supreme Court, Kings County, rendered June 23, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Bracken, J. P., Ritter, Santucci and Altman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL HOPE, Appellant. [696 NYS2d 865] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Roman, J.), rendered December 10, 1996, convicting him of assault in the second degree, assault in the third degree (two counts), criminal possession of a weapon in the fourth degree, endangering the welfare of a child (two counts), and criminal mischief in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the trial court correctly denied his request for an intoxication charge (*see, People v Gaines,* 83 NY2d 925). Santucci, J. P., Joy, Friedmann and Goldstein, JJ., concur.